# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 98-273 |
| v. | : | |
| ANDRES MARTINEZ-HERNANDEZ | : | |

## ORDER

**AND NOW**, this 6th day of December, 2012, upon consideration of the Petition for Relief from Judgment Under Fed. R. Civ. P. 60(b)(6) and the Timeliness of Defendant's *Pro Se* Motion to Correct Sentence (Document No. 81) and the government's response, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the petitioner having failed to make a "substantial showing of the denial of a constitutional right," there is no probable cause to issue a certificate of appealability.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.