**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 98-273** |
| **v.** | : | |
| **ANDRES MARTINEZ-HERNANDEZ** | : | |

## ORDER

**AND NOW**, this 6th day of December, 2012, upon consideration of the Motion to Correct Sentence Pursuant to Now Ineligibility "Criminal History Enhancement" (Document No. 75) and the government's response, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the petitioner having failed to make a "substantial showing of the denial of a constitutional right," there is no probable cause to issue a certificate of appealability.

                                                  /s/Timothy J. Savage
                                                  TIMOTHY J. SAVAGE, J.